No. 757. SIMON ET AL., EXECUTORS, v. HOEY, EXECU-TRIX. C. A. 2d Cir. Certiorari denied. *Clifton P. Williamson* for petitioners. *Solicitor General Perlman, Assistant Attorney General Caudle, Ellis N. Slack, Helen Goodner* and *Harry Baum* for respondent.

No. 758. CARTER ET AL., EXECUTORS, v. HOEY, EXECU-TRIX, ET AL. C. A. 2d Cir. Certiorari denied. *Clifton P. Williamson* for petitioners. *Solicitor General Perlman, Assistant Attorney General Caudle, Ellis N. Slack, Helen Goodner* and *Harry Baum* for respondents.

No. 767. HYMAN v. VELSICOL CORPORATION. Supreme Court of Illinois. Certiorari denied. *Thurman Arnold* for petitioner. *Floyd E. Thompson* and *Clyde E. Shorey* for respondent.

No. 770. MCGARTY v. O'BRIEN, WARDEN. C. A. 1st Cir. Certiorari denied. *William C. Crossley* for petitioner. *Francis E. Kelly,* Attorney General of Massachusetts, and *Henry P. Fielding* and *Lawrence E. Ryan,* Assistant Attorneys General, for respondent.

No. 777. BROOKS, ADMINISTRATRIX, v. ST. LOUIS-SAN FRANCISCO RAILWAY CO. C. A. 8th Cir. Certiorari denied. *Phil W. Davis, Jr.* and *Chelsea O. Inman* for petitioner. *James L. Homire, C. H. Skinker, Jr.* and *W. W. Dalton* for respondent.

